# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Larry Milliren,                      Civil No. 09-21 (RHK/SRN)

       Plaintiff,                   **ORDER**

vs.

Canadian Pacific Railway, Soo Line Railroad,
and CP Rail,

       Defendants.

---

Pursuant to the parties' Stipulation (Doc. No. 11), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 24, 2009

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge